1008

[No. 4954–1. Division One. January 22, 1979.]

RANGER INSURANCE COMPANY, *Appellant*, v. R.E.S.
RANCHES, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 799180, David C. Hunter, J., entered July 22,
1976. *Affirmed in part* and *reversed in part* by unpublished
opinion per Andersen, A.C.J., concurred in by Williams and
Ringold, JJ.

[No. 5775–1. Division One. January 22, 1979.]

DENNIS L. ANKENY, *Respondent*, v. JON B. JOLLY,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 794725, Eugene G. Cushing, J., entered June
16, 1977. *Affirmed* by unpublished opinion per Farris, C.J.,
concurred in by James and Dore, JJ.

[No. 5898–1. Division One. January 22, 1979.]

RONALD S. JONES, ET AL, *Respondents*, v. PATRICK
T. EASTER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 810007, Stanley C. Soderland, J., entered
August 12, 1977. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Farris, C.J., and Dore, J.